IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In re: RAILYARD COMPANY, LLC

    Debtor.                                  Bankruptcy No. 15-12386-t11

RICK JARAMILLO,

    Appellant,

v.                                                       1:16-cv-00990-MV-LF

CHAPTER 11 TRUSTEE CRAIG H. DILL,

    Appellee.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on March 7, 2017. Doc. 5. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 5) are ADOPTED;

2. Plaintiff's appeal from bankruptcy court is dismissed with prejudice.

                                                 _____
                                                 MARTHA VAZQUEZ
                                                 UNITED STATES DISTRICT JUDGE